

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-69,810-08

### EX PARTE JAMES BELL MCCOY, SR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W02-02115-V(D) IN THE 292ND DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to aggravated sexual assault of a child and was sentenced to thirty-five years' imprisonment.

In the instant application, Applicant contends in his first and second grounds for review that he received ineffective assistance of trial counsel. In his third and fourth grounds for review, he alleges that he is being improperly subjected to the *ex post facto* application of parole laws that were not in effect at the time of his offense.

This Court has reviewed Applicant's first and second grounds for relief and has determined

that they are barred from review under Article 11.07, Section 4, of the Texas Code of Criminal Procedure.  Therefore, those claims are dismissed.  Applicant's remaining claims concerning the *ex post facto* application of parole laws are without merit; thus, they are denied.


Filed: October 19, 2016
Do not publish